**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MIGUEL A. COTRICH,**

        **Plaintiff,**

-vs-                                                        **Case No. 6:12-cv-375-Orl-18KRS**

**JOSEPH E. GOODELL, GARY R. VAN CLEEF,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration by the Court *sua sponte*. On November 16, 2012, the Court required Plaintiff Miguel A. Cotrich to complete new summons and USM 285 forms for service of process on Defendant Joseph E. Goodell. The Court required that these documents be completed and returned to the Court within fifteen days. Doc. No. 37. As of the writing of this Order, the Clerk of Court has not received the summons and USM 285 forms and the time for submitting the documents has passed.

Plaintiff Cotrich was advised in the Order requiring submission of these documents that failure to complete and return them to the Clerk of Court within the time provided may result in dismissal of this case because the time for perfecting service on Defendant Goodell has expired. *See* Fed. R. Civ. P. 4(m). In addition, dismissal of the claim against Defendant Goodell is warranted because Plaintiff has violated a Court order. *See* Fed. R. Civ. P. 16(f).

Accordingly, I **RESPECTFULLY RECOMMEND** that the Court **DISMISS** Plaintiff's claims against Defendant Joseph E. Goodell.

**DONE** and **ORDERED** in Orlando, Florida on December 7, 2012.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE