UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIGUEL A. COTRICH,

    Plaintiff,

-vs-                                            Case No. 6:12-cv-375-Orl-18KRS

JOSEPH E. GOODELL, GARY R. VAN CLEEF,

    Defendants.

## ORDER

This cause came on for consideration by the Court *sua sponte*. On December 7, 2012, the United States Magistrate Judge issued a report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The claims against defendant Joseph E. Goodell are **DISMISSED**. Clerk of the Court is directed to terminate defendant Goodell from the case.

It is **SO ORDERED** in Orlando, Florida, this \_\_7\_\_ day of January, 2013.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Miguel A. Cotrich, pro se
Counsel of Record